**Order entered September 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00637-CV

### SEMON BONNER, Appellant

### V.

### FEDERAL HOME LOAN MORTGAGE, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02290-B**

## ORDER

By postcard dated July 31, 2019, we directed court reporter Robin Washington to file, within thirty days, either the reporter's record or written verification no hearings were recorded or appellant had not requested the record. To date, neither has been filed. Accordingly, we **ORDER** Ms. Washington to file, no later than September 30, 2019, either the record or requested verification. As the record reflects appellant filed in the trial court a statement of inability to pay costs, any record shall be filed without payment of costs. *See* TEX. R. CIV. P. 145(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Washington and the parties.

/s/    KEN MOLBERG
        JUSTICE